IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL S. HAFERMANN, | ) | 4:07CV3257 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 2) is granted; accordingly, Plaintiff shall be allowed to proceed without payment of the filing fee.

November 14, 2007       BY THE COURT:

                                                     *s/ Richard G. Kopf*
                                                   United States District Judge